No. 882.   GUIDO *v.* UNITED STATES;

No. 883.   MICELE *v.* UNITED STATES;

No. 1052, Misc.  SAKAL, ALIAS SACKO, *v.* UNITED STATES;

No. 1146, Misc.  PELLEGRINI *v.* UNITED STATES; and

No. 1155, Misc.  McGARRY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Julius Lucius Echeles* for petitioner in No. 882.  *Alvin W. Block* for petitioner in No. 883.  Petitioners *pro se* in Misc. Nos. 1052, 1146 and 1155.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States. · Reported below: 327 F. 2d 222.

No. 922.  WITHLACOOCHEE RIVER ELECTRIC COOPERATIVE, INC., ET AL. *v.* TAMPA ELECTRIC CO.  Supreme Court of Florida.  Certiorari denied.  *William C. Wise* and *Lawrence Potamkin* for petitioners.  *William C. Chanler* and *D. Fred McMullen* for respondent.  ▮

No. 1005.  BERGMAN ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Joe B. Goodwin* for petitioners.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.  ▮

No. 999.  GENERAL TIRE & RUBBER CO. *v.* WATKINS, U. S. DISTRICT JUDGE.  The motion of Firestone Tire and Rubber Co. et al. for leave to file a brief, as *amici curiae,* is granted.  Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. *Norman P. Ramsey* and *Charles J. Merriam* for petitioner. *Edward S. Irons, William Wade Beckett, Mary Helen Sears* and *Stanley M. Clark* for Firestone Tire and Rubber Co. et al., as *amici curiae,* in opposition.  ▮